1   Mark A. Vega, State Bar No. 162621
2   LIBERTAS LAW GROUP
3   280 S. Beverly Drive, Suite 204
    Beverly Hills, California 90212
4   P (310) 310-402-2148; F (310) 421-9214
5   E-Mail: mvega@libertaslaw.com

6   Attorneys for Plaintiff
    ZOSMA VENTURES, INC.
7

8

9

10                  UNITED STATES DISTRICT COURT

11                 CENTRAL DISTRICT OF CALIFORNIA

12                      WESTERN DISTRICT

13

14

15   ZOSMA VENTURES, INC., a          Case No. CV12-01404 RSWL(FFMx)
16   Delaware corporation,
                                       **COMPLAINT**
17          Plaintiff,
                                       UNDER SEAL
18   v.

19

20   MOJDEH AMINI NAZARI, an          **[DEMAND FOR A JURY TRIAL]**
     individual and doing business as
21   PARSMED TRADING; HOSSEIN
22   GIVI, an individual and doing business
     as PARSMED TRADING; and DOES
23   1-10,

24          Defendant.

25

26

27

28
                              1
                COMPLAINT: DEMAND FOR A JURY TRIAL

1  Mark A. Vega, State Bar No. 162621
2  LIBERTAS LAW GROUP
   280 S. Beverly Drive, Suite 204
3  Beverly Hills, California 90212
   P (310) 310-402-2148; F (310) 421-9214
4  E-Mail: mvega@libertaslaw.com
5
6  Attorneys for Plaintiff
   ZOSMA VENTURES, INC.
7
8
9
10            UNITED STATES DISTRICT COURT
11            CENTRAL DISTRICT OF CALIFORNIA
12                 WESTERN DISTRICT
13
14
15  ZOSMA VENTURES, INC., a          Case No.
    Delaware corporation,
16                                    **COMPLAINT**
17        Plaintiff,
                                      **[FILED UNDER SEAL**
18  v.                                **PURSUANT TO 15 U.S.C. § 1116]**
19
    MOJDEH AMINI NAZARI, an          **[DEMAND FOR A JURY TRIAL]**
20  individual and doing business as
    PARSMED TRADING; HOSSEIN
21  GIVI, an individual and doing business
    as PARSMED TRADING; and DOES
22  1-10,
23
24        Defendant.
25
26
27
28
                          1

1  Plaintiff Zosma Ventures, Inc. ("Zosma") files this Complaint on knowledge as to its
2  own activities and on information and belief as to the activities of others:

**I.**

**JURISDICTION AND VENUE**

5      1.    This is an action for trademark infringement, trademark counterfeiting,
6  trademark dilution, unfair competition and false designation of origin arising under
7  the Trademark Act of 1946, 15 U.S.C. §§ 1051, et seq., as amended by the
8  Trademark Counterfeiting Act of 1984, Public Law 98-473 (the "Lanham Act"), and
9  for trademark and trade name infringement, unfair competition, and dilution under
10  the laws of the State of California.

11      2.    This Court has original jurisdiction over this action pursuant to 28
12  U.S.C. § 1331 and 1338(a) and (b); 15 U.S.C. §§ 1114, 1116 and 1121.  This Court
13  has supplemental jurisdiction over claims under the laws of the State of California
14  pursuant to 28 U.S.C. § 1367.

15      3.    This Court has personal jurisdiction over Defendants in that they do
16  business and/or reside in the State of California.

17      4.    Venue is proper in this District pursuant to 28 U.S.C. §§ 1391 and
18  1400(a) because the facts giving rise to the acts or omissions alleged herein took
19  place in this District and because Defendants are subject to personal jurisdiction in
20  this District.

**II.**

**THE PARTIES**

23      5.    Plaintiff Zosma is a Delaware corporation, organized and existing
24  under the laws of the State of Delaware, having its principal place of business
25  located at 2772 Main Street, Irvine, CA 92614.  Zosma is the predecessor in interest
26  and owner of all trademarks formerly held by its subsidiary and brand moniker
27  Formulated Sciences, Inc. ("Formulated Sciences" or "FS") a California

28

2

COMPLAINT: DEMAND FOR A JURY TRIAL

1   Corporation.  Formulated Sciences and FS are the brand names that Zosma uses to

2   signify the source of its products to consumers.  Zosma was the parent company of

3   Veripak Corporation, its prior manufacturer. Zosma's current manufacturer and

4   subsidiary is Scilabs Nutraceuticals, Inc. a California corporation ("Scilabs").

5        6.    Upon information and belief, Defendant Mojdeh Amini Nazari

6   ("Nazari") is an individual residing at 6059 Fragrans Way, Woodland Hills, CA

7   91367 and doing business as ParsMed Trading, having its principal place of

8   business located at 7026 Viewpoint Lane, Anaheim Hills, CA 92807 and conducting

9   business throughout the State of California and within this judicial district.

10  Defendant Hossein Givi ("Givi") is an individual residing at 7026 Viewpoint Lane,

11  Anaheim Hills, CA 92807 and also doing business as ParsMed Trading ("ParsMed")

12  having its principal place of business located at 7026 Viewpoint Lane, Anaheim

13  Hills, CA 92807.

14       7.    Nazari and Givi at times have operated under the fictitious business

15  name ParsMed identifying themselves as "partners" though on information and

16  belief Plaintiff alleges that only Nazari has filed a fictitious business name statement

17  under ParsMed. Nazari and Givi acted both as individuals and as partners while

18  undertaking the actions set forth herein thus the actions of one are attributable to the

19  other.

20       8.    DOES 1-10, whose identities and addresses are presently unknown to

21  Zosma, are individuals and corporate entities that, upon information and belief, have

22  made, imported and sold to Defendants or assisted them in reselling, the counterfeit

23  items complained of herein. The Complaint herein will be amended, if appropriate,

24  to include the name or names of these individuals when such information becomes

25  available.  The Defendants described in paragraphs 6-8 shall be referred to

26  collectively as "Defendants."

27

28

## III.

## BACKGROUND FACTS

**A.    ZOSMA'S INTELLECTUAL PROPERTY AND PRODUCTS.**

9.    Zosma is the owner of the entire right, title and interest in and to, inter alia, the following federally-registered trademarks (collectively, the "Zosma Trademarks"):

| Trademark | Reg. No. | Reg.Date | Class |
|---|---|---|---|
| FORMULATED SCIENCES, INC. | | | |
| | 4063192 | 11/29/11 | multiple |
| | 2836390 | 14/27/04 (now cancelled) | multiple |
| | (Serial No. 85305195) | [1] N/A | multiple |

Attached hereto as **Exhibit A** are true and correct copies of printouts from the United States Patent and Trademark office showing the information contained in these registrations for the Zosma Trademarks.

10.    Zosma brands, symbolized by the Zosma Trademarks, are one of the preeminent symbols of high-quality dietary supplements and nutritional products in the world.  As detailed below, Zosma, its predecessors-in-interest, and its affiliates have been using the Zosma Trademarks in connection with the advertising and sale of Formulated Sciences nutritional supplement Omega-3 Fish Oil ("FS Fish Oil"), weight management system Duzoxin and revolutionary pain relief roll-on

---

[1] Zosma's application was tentatively cleared for registration January 10, 2012 pending publication for opposition in the Official Gazette of the United States Patent and Trademark Office.

1   Democaine in interstate, interstate and foreign commerce, including commerce in

2   the State of California and in this judicial district for 10 years.

3         11.    Zosma and its predecessors-in-interest and affiliates have been using

4   the Zosma Trademarks since as early as 1996, and have been licensing the right to

5   distribute the products outside the United States to distributors in the United States,

6   including Defendants, who purchase Zosma's products directly from Zosma's

7   manufacturing subsidiaries.

8         12.    FS Fish Oil, designed and manufactured by Zosma containing the

9   benefits of omega 3 fatty acids found in fish oil was created to serve a growing

10  consumer demand for more holistic dietary and nutritional supplements.  Duzoxin's

11  herbal ingredients complement diet and exercise plans and Democaine's 100%

12  natural muscle and joint pain roll-on applicator has been a welcome alternative to

13  expensive prescriptions and lower strength competitors.

14        13.    Professional athletes, such as San Francisco 49er star Terrell Owens,

15  became an endorsee of Zosma's products in 1999 as has Professional MMA fighter

16  Jessica Pene.  Celebrities such as Vicki Gunvalson, Ramona Singer and others from

17  Bravo's hit reality "Real Housewives" shows became endorsees after personally

18  testing the products for quality, success and authenticity.  Professional fitness model

19  Ali Sonoma is also a vocal supporter and spokesperson.

20        14.    Zosma's products have also had a presence in popular media as

21  nutritional supplements made their way out of the locker room and into America's

22  kitchens.  Profiles and articles were published in People Magazine in 2005 through

23  2006 when it was named "Magazine of the Year" by Advertising Age, for

24  excellence in editorial, circulation and advertising.  Zosma Products have also been

25  featured on media outlets as diverse as NBC, ABC, CBS, The Food Network, The

26  National Enquirer and First for Women Magazine.

27

28

1    15.    Zosma has used the Zosma Trademarks in connection with a broad
2  range of Zosma health and nutritional supplements including FS Fish Oil, Duzoxin
3  and Democaine (collectively, the "Zosma Products").  Customers, potential
4  customers, and other members of the public associate the Zosma Trademarks with
5  products having exceptional quality, formulaic integrity, potency and safety.
6    16.    Through its licensees, Zosma has widely promoted the Zosma
7  Trademarks in the United States and throughout the world.  Consumers in the health
8  and nutritional supplement industry, and even the public in general have come to
9  recognize that products bearing the Zosma Trademarks originate exclusively with
10  Zosma.
11    17.    Zosma's continued and broad use of the Zosma Trademarks, its
12  predecessors-in- interest, and licensees have made the Zosma brand well known in
13  the health and nutritional supplement industry. The Zosma Trademarks are highly-
14  visible symbols of its history and reputation for quality products.
15    18.    Two of the registrations first set forth in paragraph 9 above are valid,
16  subsisting, and unrevoked.  The black and white logo FS mark was cancelled given
17  the overlap with the word mark and the colorized logo mark.  Zosma has been using
18  the "Formulated Sciences" mark and brand on all Zosma Products in commerce
19  continuously since 1996 sold by distributors nationally and internationally.  The
20  continuous use of these marks constitutes prime facie evidence of their validity and
21  conclusive evidence of Zosma's exclusive rights to use the Zosma Trademarks in
22  commerce in connection with the Zosma Products.
23    19.    Zosma has spent more than six million dollars in advertising and
24  promoting the Zosma Products since 1996, has maintained strict quality control
25  standards for the Zosma Products and distributes them solely through its authorized
26  network of national and international distributors.
27
28

COMPLAINT: DEMAND FOR A JURY TRIAL

20.    Zosma actively enforces the Zosma Trademarks. Enforcement activities include pursuing counterfeiters of Zosma Products. Zosma has investigated numerous counterfeiters, often in conjunction with law enforcement and Customs officials in the United States and elsewhere throughout the world.

**B.    DEFENDANTS' TROJAN HORSE COUNTERFEIT SCHEME.**

21.    Defendants are not strangers to the Zosma Products. In fact, they were the exclusive licensed distributor for the Middle East between November 2006 and November 2008 and had been familiar with Zosma Products and Zosma Trademarks since 2003 when they were first introduced to Director Paul Edalat.  The Zosma Products sold well for Defendants until 2007 when Defendants reported that the Zosma Products stopped selling and they reneged on a purchase order and for all intents and purposes, disappeared.  Defendants were alleged to have ceased all sales of Zosma Products. Instead, they used the distribution structure, process, packaging and trademarks of Zosma to manufacture, distribute and sell their own products.

22.    Defendants, without Zosma's authorization or permission, have knowingly and willfully used, reproduced and/or copied, and infringed the Trademarks by distributing, offering to sell, and selling in interstate commerce counterfeit Zosma Products bearing counterfeit trademarks ("Counterfeit Products").

23.    Upon information and belief, Defendants have manufactured and/or caused the manufacture of Counterfeit Products or have purchased, or otherwise procured Counterfeit Products from a source that is or sources that are not known to Zosma and that is or are not authorized or licensed by Zosma to manufacture, offer for sale, or sell products bearing the Zosma Trademarks.

24.    At all relevant times and in furtherance of their infringing activities, Defendants, without authorization or license from Zosma, have used and continue to use the Zosma Trademarks on labels in connection with their sale of Counterfeit Products in a manner that is confusingly similar to the manner in which the

1  Trademarks are affixed to and used with FS Fish Oil.  Defendants' Counterfeit

2  Products on the left and Zosma Product on the right. Defendant's use "FormAlated

3  Sciences" instead of Zosma's "Formulated Sciences."

4       COUNTERFEIT "FORMALATED"          ZOSMA "FORMULATED"

5

6

7

8                                    

9

10

11

12

13       COUNTERFEIT / BAD LOGO        ZOSMA WITH ZOSMA TRADEMARK

14              And U.R.L.

15

16

17

18

19                    

20

21

22

23       25.    Defendants have knowingly advertised, distributed, offered for sale,

24  and sold Counterfeit Products in interstate, intrastate and foreign commerce

25  including in the State of California and in this judicial district.  According to the

26  WHOIS database, Defendants own and control the URL www.FSOMEGA3.com

27  since May of 2007.  That URL can be seen above on the middle counterfeit image.

28

1   As recently as February 15, 2012, Defendant's offered their Counterfeit Goods for

2   sale online as the screen capture below indicates.  Defendants didn't have the energy

3   to change every aspect of this webpage lifted from Zosma's prior files…as they gave

4   copyright attribution to Formulated Science, Inc.!

5

6

7

8

9

10

11   

12

13

14

15

16

17       26.      After conducting themselves in secret for years, Defendants have

18   grown brazen and careless in their counterfeiting behavior by literally attempting to

19   seek protection under trademark laws.  Incomprehensibly, Defendant Givi filed a

20   trademark application (Serial No. 85496890) on December 15, 2011 with the

21   USPTO for the mark Defendants have been using on their counterfeited goods.

22   DEFENDANT'S FILED MARK                    ZOSMA TRADEMARK

23

24

25

26                       

27

28

COMPLAINT: DEMAND FOR A JURY TRIAL

27.    The class of goods and description filed by Defendants in support of their application is not merely similar to that of Zosma's Trademarks, *it is identical* to the description on the original Zosma Trademarks.  They are set forth below:

DEFENDANT'S APPLICATION

Word Mark        FS FORMATIVE SCIENTISTS

Goods and Services        IC 005. US 006 018 044 046 051 052.

G & S: Diet capsules; Diet pills; Dietary and nutritional supplements; Dietary and nutritional supplements containing fish oil; Dietary and nutritional supplements for endurance sports; Dietary and nutritional supplements used for weight loss; Dietary beverage supplements for human consumption in liquid and dry mix form for therapeutic purposes; Dietary food supplements; Dieting pills and powder preparations to promote fat burning; Food for medically restricted diets. FIRST USE: 20111101. FIRST USE IN COMMERCE: 20111101

ZOSMA'S TRADEMARK

Word Mark        FORMULATED SCIENCES

Goods and Services        IC 005. US 006 018 044 046 051 052.

G & S: Diet capsules; Diet pills; Dietary and nutritional supplements; Dietary and nutritional supplements containing fish oil; Dietary and nutritional supplements for endurance sports; Dietary and nutritional supplements used for weight loss; Dietary beverage supplements for human consumption in liquid and dry mix form for therapeutic purposes; Dietary food supplements; Dieting pills and powder preparations to promote fat burning; Food for medically restricted diets. FIRST USE: 19970101. FIRST USE IN COMMERCE: 19970101

28.     The description of goods on Defendant's Counterfeit Products are not Zosma Products.  Zosma does not manufacture, inspect or package Counterfeit Products, and did not approve Defendant's Counterfeit Products for manufacture, sale and/or distribution.

29.     Defendants' use of the Trademarks on or in connection with the distribution, offering for sale, and sale of Counterfeit Products has caused consumers to mistake Defendant's products for Zosma's Products as foreign countries have accepted these products shipped from the United States as the original bona fide Zosma Products. (See **Exhibit B**, assortment of Counterfeit Products all claiming U.S. manufacture for "Formalated Sciences" (not Formalated *Scientists* as specified in Defendants' trademark application) and Defendants' URL www.fsomega3.com.)

30.     Counterfeit Products are not Zosma Products.  Zosma does not manufacture, inspect or package Counterfeit Products, and did not approve Defendant's Counterfeit Products for manufacture, sale and/or distribution.

31.     Defendants are not authorized to manufacture, distribute, sell or offer to sell products bearing the Trademarks in connection with their manufacturing, distributing, selling or offer to sell their Counterfeit Products.

32.     As shown above, the labels and tags on the outside of the Counterfeit Products are designed to mimic the Trademarks, and render Defendants' products substantially indistinguishable from Zosma's Products.

33.     The side-by-side comparison of Zosma Products and Defendants' Counterfeit Products plainly shows Defendants' s lavish duplication of Zosma's Trademarks.

## COUNT ONE

### (Federal Trademark Counterfeiting and Infringement)

### (15 U.S.C. § 1114)

34.   Zosma re-alleges and incorporates by reference each and every allegation contained in the preceding paragraphs of this Complaint.

35.   The Trademarks and the goodwill of the businesses associated with them in the United States and throughout the world are of great and incalculable value, are highly distinctive and arbitrary, and have become universally associated in the public mind with the products and services of the very highest quality and reputation finding their source in Zosma.

36.   Upon information and belief, without Zosma's authorization or consent, and having knowledge of Zosma's well-known and prior rights in the Zosma Trademarks, and the fact that Defendants' Counterfeit Products bear marks which are confusingly similar to certain of the Trademarks, Defendants have manufactured, distributed, offered for sale and/or sold the Counterfeit Products to the consuming public in direct competition with Zosma's sale of Zosma Products, in or affecting interstate commerce.

37.   Defendants' use of copies or simulations of certain of the Zosma Trademarks is likely to cause and is causing confusion, mistake and deception among the general purchasing public as to the origin of the Counterfeit Products, and is likely to deceive the public into believing the Counterfeit Products being sold by Defendants originate from are associated with or are otherwise authorized by Zosma, all to the damage and detriment of Zosma's reputation, goodwill and sales.

38.   Zosma has no adequate remedy at law and, if Defendants' activities are not enjoined, Zosma will continue to suffer irreparable harm and injury to its goodwill and reputation.

**COUNT TWO**

**(Unfair Competition and False Designation of Origin)**

**(15 U.S.C. § 1125(a))**

39.     Zosma re-alleges and incorporates by reference each and every allegation contained in the preceding paragraphs of this Complaint.

40.     The Counterfeit Products sold and offered for sale by Defendants are purported to be of the same general nature and type as Zosma Products sold and offered for sale by Zosma and, as such, Defendants' use is likely to cause confusion to the general purchasing public.

41.     By misappropriating and using certain of the Trademarks and trade names, Defendants misrepresent and falsely describe to the general public the origin and source of the Counterfeit Products and create a likelihood of confusion by ultimate purchasers a to both the source and sponsorship of such merchandise.

42.     Defendants' unlawful, unauthorized and unlicensed manufacture, distribution, offer for sale and/or sale of the Counterfeit Products creates express and implied misrepresentations that the Counterfeit Products were created, authorized or approved by Zosma, all to Defendants' profit and Zosma's great damage and injury.

43.     Defendants' aforesaid acts are in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), in that Defendants' use of certain of the Trademarks, in connection with their goods and services, in interstate commerce constitutes a false designation of origin and unfair competition.

44.     Zosma does not know what substances are actually being sold by Defendants and to the extent that the quality, consistency and safety of the Counterfeit Goods are not equal to that of Zosma, both Zosma and potentially, the consuming public will be harmed in contravention to public policy and FDA and other regulations.

45.     Zosma has no adequate remedy at law and, if Defendants' activities are not enjoined, Zosma will continue to suffer irreparable harm and injury to its goodwill and reputation.

### COUNT THREE

### (Federal Trademark Dilution)

### (15 U.S.C.§ 1125 (c))

46.     Zosma re-alleges and incorporates by reference each and every allegation contained in the preceding paragraphs of this Complaint.

47.     The Trademarks are "famous marks" within the meaning of § 43(c) of the Lanham Act, 15 U.S.C. § 1125(c)(l) and have been famous marks prior to Defendants conduct as alleged herein.

48.     Defendants manufacture, distribution, sale and/or offer for sale in commerce of the Counterfeit Products dilutes the distinctive quality of the Trademarks, and was done with the willful intent to trade on Zosma's reputation and/or to cause dilution of the Trademarks.

49.     Defendants' unauthorized use of the Trademarks on or in connection with the Counterfeit Products was done with notice and full knowledge that such manufacture, distribution, sale and/or offer for sale was not authorized or licensed by Zosma.

50.     Defendants' aforesaid acts are in knowing and willful violation of Zosma's rights under section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c).

51.     Zosma has no adequate remedy at law and, if Defendants' activities are not enjoined, will continue to suffer irreparable harm and injury to Zosma's goodwill and reputations.

52.     As a result of Defendants' activities, Zosma has been damaged in an amount to be ascertained.

**COUNT FOUR**

**(Common Law Trademark and Trade Name Infringement)**

53.     Zosma re-alleges and incorporates by reference each and every allegation contained in the preceding paragraphs of this Complaint.

54.     Zosma has built up valuable goodwill in the Zosma Trademarks and trade names world wide.

55.     With full knowledge of the fame of the Zosma Trademarks and trade names. Defendants have traded, and continue to trade, on the goodwill associated with the. Trademarks and trade names, and mislead the public into assuming a connection between the Counterfeit Products and Zosma.

56.     Defendants' acts of trademark and trade name infringement causes confusion and, misleads and deceives the pubic as to the source of the Counterfeit Products, permits Defendants to pass off the Counterfeit Products as Zosma Products, and falsely suggests a connection between Defendants and Zosma and, unless restrained by this Court, will continue to do so, in violation of the common law of the State of California, and to the detriment of Zosma, to the potential harm of the consuming public and to the unjust enrichment of Defendants.

57.     Defendants' acts of trademark and trade name infringement have caused and will continue to cause Zosma irreparable harm world wide unless restrained by this Court.

58.     Zosma has no adequate remedy at law.

**COUNT FIVE**

**(California Trademark Dilution)**

**(California Business and Professions Code §14335)**

59.     Zosma re-alleges and incorporates by reference each and every allegation contained in the preceding paragraphs of this Complaint.

60.     Defendants' acts have caused damage to Zosma by tarnishing Zosma's

1  valuable reputation and diluting or blurring the distinctiveness of the famous

2  Trademarks in violation of California Business and Professions Code § 14335, and

3  will continue to tarnish and destroy the value of the Trademarks unless enjoined by

4  this Court.

5       61.    Zosma has no adequate remedy at law.

6  **COUNT SIX**

7  **(California State Unfair Competition)**

8  **(California Business and Professions Code§§ 17200 et seq.)**

9       62.    Zosma re-alleges and incorporates by reference each and every

10  allegation contained in the preceding paragraphs of this Complaint.

11       63.    The aforesaid acts by Defendants are likely to cause injury to Zosma's

12  reputation and result in Defendants unfairly competing with Zosma in violation of

13  California Business and Profession Code § 17200 et seq. (the "UCL").

14       64.    Defendants' actions as alleged above violate the "unfair" prong of the

15  UCL because (a) the utility of such actions is outweighed by the gravity of the harm

16  they cause to Zosma, (b) such actions are immoral, unethical, oppressive,

17  unscrupulous and substantially injurious to consumers, and (c) such actions

18  constitute incipient violations of state and federal antitrust laws.

19       65.    Defendants' actions as alleged above violate the "fraudulent" prong of

20  the UCL because they are likely to mislead and confuse a statistically significant

21  percentage of reasonable consumers.

22       66.    Defendants' actions as alleged above violate the "unlawful" prong of

23  the UCL because those same actions also constitute violations of the state and

24  federal statutes set forth above.

25       67.    Defendants' conduct has injured Zosma, and unless enjoined, will

26  continue to cause great, immediate and irreparable injury to Zosma world wide.

27       68.    Zosma is without an adequate remedy of law.

28

16
COMPLAINT: DEMAND FOR A JURY TRIAL

69.    Zosma is therefore entitled to injunctive relief and an order for restitutionary disgorgement of all of Defendants' ill-gotten gains pursuant to California Business and Professions Code § 17203.

**WHEREFORE, ZOSMA DEMANDS JUDGMENT:**

A.    That Defendants, their officers, agents, servants, employees, attorneys confederates, and all persons acting for, with, by, through or under them be preliminarily enjoined and restrained, at first during the pendency of this action and, thereafter: permanently:

1) from using in any manner the Zosma Trademarks, alone or in combination with any word or words which so resemble each said trademark as to be likely to cause confusion, deception, or mistake on or in connection with the advertising, offering for sale, or sale of nay product not Zosma's, or not authorized by Zosma to be sold in connection with each of the Zosma Trademarks;

2) from passing off, inducing, or enabling others to sell or pass off any product as and for products produced by Zosma, not Zosma's, or not produced under the control and supervision of Zosma and approved by Zosma for sale under the Zosma Trademarks;

3) from committing any acts calculated to cause purchasers to believe that Defendants' products are those sold under the control and supervision of Zosma, or sponsored or approved by, or connected with, or guaranteed by, or produced under the control and supervision of Zosma;

4) from further diluting and infringing all the Zosma Trademarks and damaging Zosma's goodwill;

5) from otherwise competing unfairly with Zosma in any manner; and

6) from shipping, delivering, distributing, returning or otherwise disposing of, in

17

1    any manner, products or inventory not manufactured by or for Zosma, nor

2    authorized by Zosma to be sold or offered for sale, and which bear the Zosma

3    Trademarks or confusingly similar marks;

4  C. That Defendants be required upon service of this Complaint to immediately

5    destroy prints, packages, wrappers, pouches, receptacles, software, screens, dyes,

6    templates: models, machinery, advertising matter, promotional, and other

7    materials or documents in the possession of Defendants or under their control

8    relating to or bearing any of the Trademarks, or each of them, alone or in

9    combination with any other words, or used in connection with the advertising,

10   offering for sale or sale of products not Zosma's, or not made under the

11   authorization and control of Zosma.

12 D. That Defendants be required upon service of this Complaint to immediately

13   supply Zosma with a complete list of entities, including specifically any and all

14   manufacturers, from whom they purchased and to whom they distributed and/or

15   sold products falsely bearing the Zosma Trademarks or products not authorized

16   by Zosma to be sold in connection with each of said marks.

17 E. That Defendants, within thirty (30) days after service of judgment with notice of

18   entry thereof upon it, be required to file with the Court and serve upon Zosma a

19   written report under oath setting forth in detail the manner in which Defendants

20   have complied with paragraphs A.1. through A.6, above.

21 F. That Defendants account for and pay over to Zosma profits realized by

22   Defendants by reason of Defendants' unlawful acts herein alleged and, that the

23   amount of damages for infringement of the Trademarks be increased by a sum

24   not exceeding three times the amount thereof as provided by law.

25 G. That Zosma be awarded statutory damages of at least $2,000,000.00 for

26   Defendants' willful counterfeiting of each of Zosma's Trademarks.

27 H. That Zosma be awarded punitive damages in an amount to be proven at trial.

28

1  I.  That Zosma be awarded reasonable attorneys' fees and have such other and
2      further relief as the Court may deem equitable including, but not limited to, any
3      relief set forth under Sections 34-39 of the 1946 Trademark Act and/or C.G.S.A.
4      §§ 35-ll(i), 42 ll0(a) et seq., 42-ll0(b) et seq.
5  J.  That Defendants be ordered to disgorge all of their ill-gotten gains pursuant to
6      California Business and Professions Code§ 17203.
7
8  DATED: February 16 , 2012      LIBERTAS LAW GROUP
9
10
11                       By: _____
12                            Mark A. Vega
13                            Attorneys for Plaintiff
14                            ZOSMA VENTURES, INC.
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>**EXHIBIT A**</u>

TRADEMARK REGISTRATION
CONFIRMATION DOCUMENTS
FORMULATED SCIENCES LOGO AND WORD MARK

EXHIBIT A – COMPLAINT OF ZOSMA VENTURES, INC.

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Feb 16 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: [_____] OR [Jump] to record: [_____]   **Record 2 out of 5**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# FORMULATED SCIENCES

**Word Mark**  FORMULATED SCIENCES

**Goods and Services**  IC 005. US 006 018 044 046 051 052. G & S: Diet capsules; Diet pills; Dietary and nutritional supplements; Dietary and nutritional supplements containing FISH OIL; Dietary and nutritional supplements for endurance sports; Dietary and nutritional supplements used for weight loss; Dietary beverage supplements for human consumption in liquid and dry mix form for therapeutic purposes; Dietary food supplements; Dieting pills and powder preparations to promote fat burning; Food for medically restricted diets. FIRST USE: 19970101. FIRST USE IN COMMERCE: 19970101

**Standard Characters Claimed**

**Mark Drawing Code**  (4) STANDARD CHARACTER MARK

**Serial Number**  85305242

**Filing Date**  April 26, 2011

**Current Filing Basis**  1A

**Original Filing Basis**  1A

**Published for**  September 13, 2011

EXHIBIT A - 1

Opposition

| | |
|---|---|
| Registration Number | 4063192 |
| Registration Date | November 29, 2011 |
| Owner | (REGISTRANT) ZOSMA VENTURES, INC. CORPORATION DELAWARE 9 E. LOCKERMAN STREET, SUITE 205 DOVER DELAWARE 19901 |
| Attorney of Record | THOMAS GRUENBECK |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT A - 2



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Feb 16 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [        ] OR   Jump   to record: [        ]   **Record 1 out of 5**

TARR Status   ASSIGN Status   TDR   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*



Formulated Sciences

| **Word Mark** | FS FORMULATED SCIENCES FS |
|---|---|
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: Diet capsules; Diet pills; Dietary and nutritional supplements; Dietary and nutritional supplements for endurance sports; Dietary and nutritional supplements used for weight loss; Dietary food supplements; Dieting pills and powder preparations to promote fat burning. FIRST USE: 19970101. FIRST USE IN COMMERCE: 19970101 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.05.21 - Triangles that are completely or partially shaded |
| **Serial Number** | 85305195 |
| **Filing Date** | April 26, 2011 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for** | January 10, 2012 |

EXHIBIT A - 3

**Opposition**

| | |
|---|---|
| **Owner** | (APPLICANT) ZOSMA VENTURES, INC. CORPORATION DELAWARE 9 E. LOCKERMAN STREET, SUITE 205 DOVER DELAWARE 19901 |
| **Attorney of Record** | THOMAS GRUENBECK |
| **Description of Mark** | The color(s) gold, gray, white, and black is/are claimed as a feature of the mark. The mark consists of a chromatic gold capital letter "F" and a gold capital letter "S" superimposed over a chromatic gray inverted triangle with a band of white appearing across the triangle. The wording "FORMULATED SCIENCES" appears in black above the inverted triangle. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST   NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT A - 4



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Feb 16 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [          ] OR   Jump   to record: [          ]   **Record 4 out of 5**

TARR Status   ASSIGN Status   TDR   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | FS |
| **Goods and Services** | (CANCELLED) IC 005. US 006 018 044 046 051 052. G & S: Dietary and food nutritional supplement and related health and fitness products, namely diet capsules, diet pills, dietary food supplements, dietary supplemental drinks, dietary drink mix for use as a meal replacement. FIRST USE: 19970101. FIRST USE IN COMMERCE: 19970101 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.05.20 - Triangles inside one another<br>26.05.21 - Triangles that are completely or partially shaded |
| **Serial Number** | 78172989 |
| **Filing Date** | October 10, 2002 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | February 3, 2004 |
| **Registration** | |

EXHIBIT A - 5

| | |
|---|---|
| **Number** | 2836390 |
| **Registration Date** | April 27, 2004 |
| **Owner** | (REGISTRANT) Formulated Sciences, Inc. CORPORATION CALIFORNIA 7700 Irvine Center Drive, Suite 700 Irvine CALIFORNIA 92618 |
| **Attorney of Record** | Thomas S. Gruenbeck |
| **Description of Mark** | The mark contains a chromatic gold capital letter "F" and a capital letter "S" superimposed over a chromatic gray inverted triangle. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | DEAD |
| **Cancellation Date** | December 3, 2010 |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP    PREV LIST    CURR LIST

NEXT LIST    FIRST DOC    PREV DOC    NEXT DOC    LAST DOC

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT A - 6



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT B**

COUNTERFEIT PRODUCTS

EXHIBIT B – COMPLAINT OF ZOSMA VENTURES, INC.



EXHIBIT B - 1



EXHIBIT B - 2



EXHIBIT B - 3



EXHIBIT B - 4



EXHIBIT B - 5



EXHIBIT B - 6



EXHIBIT B - 7



EXHIBIT B - 8



EXHIBIT B - 9



EXHIBIT B - 10



EXHIBIT B - 11