**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZOSMA VENTURES, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MOJDEH AMINI NAZARI, an individual and d.b.a. PARSMED TRADING, et al<br><br>　　　　Defendants. | CV-12-01404 RSWL (FFMx)<br><br>**ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION** |

　　　Federal Rules of Civil Procedure 4(m) requires that Plaintiff Zosma Ventures, Inc. ("Plaintiff") serve a summons and complaint upon all defendants within 120 days after filing the complaint. The Court received Plaintiff's Complaint on February 17, 2012 [1] but has yet to receive Proof of Service for Defendants Hossein Givi, Dr. Shoreh Ershadi, and Intermedic Inc. Accordingly, the Court hereby **ORDERS** Plaintiff to show

1

cause within 10 days as to why this Action should not be dismissed for these three Defendants for lack of prosecution.

The Court has received Proof of Service of the Summons and Complaint for Defendant American Export Lines Inc. [38].  However, Defendant American Export Lines Inc. has yet to file an answer to the Complaint.  Furthermore, Plaintiff has not pursued any further action against this Defendant.  Accordingly, the Court hereby **ORDERS** Plaintiff to show cause within 10 days as to why this action should not be dismissed as to this Defendant for lack of prosecution.  The Court will accept one of the following as evidence that the matter is being prosecuted diligently: (1) Defendant American Export Lines Inc.'s Answer to Complaint or (2) Plaintiff's Request for Entry of Default on this Defendant.

**IT IS SO ORDERED.**

DATED: August 8, 2012

RONALD S.W. LEW
---
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge