Matthew J. Faust, State Bar Number 254145
David L. Skilling, State Bar Number 255844
Melissa N. Engle, State Bar Number 272741
GASTON & GASTON
A PROFESSIONAL LAW CORPORATION
1010 Second Ave, 24th Floor
San Diego, CA 92101
Telephone: (619) 398-1882
Facsimile: (619) 398-1887

Khodadad Darius Sharif, State Bar Number 187992
SHARIF LAW GROUP
1010 Second Ave, 24th Floor
San Diego, California 92101
Telephone: (619) 233-6600
Facsimile: (619) 233-6602

Attorneys for Plaintiff
Zosma Ventures, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ZOSMA VENTURES, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MOJDEH AMINI NAZARI, an individual and dba PARSMED TRADING; HOSSEIN GIVI, an individual and dba PARSMED TRADING; DOES 1-10<br><br>Defendants. | Case No.: CV12-01404 RSWL (FFMx)<br><br>**PLAINTIFF ZOSMA VENTURES, INC.'S REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |

///
///
///
///
///
///
///

Plaintiff, Zosma Ventures, Inc. hereby requests that the Court approve the substitution of Matthew J. Faust of Gaston & Gaston, APLC and Khodadad Darius Sharif of Sharif Law Group as attorney of record instead of Steven D. Baric of Baric & Tran.

Dated: 8th May 2013

By: _____
Paul P. Edalat
Director of Zosma Ventures, Inc.

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated: 5/8/13

BARIC & TRAN

BY: _____
STEVEN D. BARIC

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated: 8 May 2013

GASTON & GASTON
A PROFESSIONAL LAW CORPORATION

BY: _____
MATTHEW J. FAUST
ATTORNEYS FOR PLAINTIFF
ZOSMA VENTURES, INC.

Dated: 5/8/2013

SHARIF LAW GROUP

BY: _____
KHODADAD DARIUS SHARIF
ATTORNEYS FOR PLAINTIFF
ZOSMA VENTURES, INC.