JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ZOSMA VENTURES, INC., a Delaware Corporation,<br><br>        Plaintiff,<br><br>  vs.<br><br>MOJDEH AMINI NAZARI, an individual and dba PARSMED TRADING; HOSSEIN GIVI, an individual and dba PARSMED TRADING; DOES 1-10<br><br>        Defendants. | Case No.: CV 12-01404 RSWL (FFMx)<br><br>**JUDGMENT** |

    This cause came on regularly for trial on July 9, 2013, in Courtroom 21 of the above entitled Court, the honorable Ronald S.W. Lew, Judge, presiding. Plaintiff appeared by its attorneys Matthew J. Faust of Gaston & Gaston, A Professional Law Corporation, and Khodadad Darius Sharif, of the Sharif Law Group. Defendants appeared by their attorney, Reza Sina, of the Sina Law Group.

    A jury of eight persons was regularly impaneled and sworn to try the action. Witnesses on the part of both plaintiff and defendants were sworn and

examined. After hearing the evidence, the arguments of counsel, and instructions of the Court, the jury retired to consider their verdict, subsequently returned to Court, and answered to their names and duly rendered their verdict in writing, in words and figures, as follows:

    1. Is defendant Mojdeh Amini Nazari liable to the plaintiff?

       Yes __X__       No _____

    2. Is defendant Viva Pharmaceutical, Inc. liable to the plaintiff?

       Yes _____       No __X__

    3. Is defendant American Export Lines, Inc. liable to the plaintiff?

       Yes _____       No __X__

    If your answer to Nos. 1, 2, or 3 was yes, please answer the next question. If your answers were all no, please proceed to the end of this verdict and have the foreperson sign and return it.

    4. What is the total amount of money damage to the plaintiff?

       $ 500,000.00

Dated: 7/11/13

[SIGNATURE REDACTED BY THE COURT]

Wherefore, by virtue of the law, and by reason of the premises aforesaid, it is ordered, adjudged, and decreed that:

Plaintiff ZOSMA VENTURES, INC. have and recover from Defendant MOJDEH AMINI NAZARI the sum of $ 500,000 with interest thereon at the rate of 0.13% per annum from the date of the judgment until paid, together with costs or disbursements amounting to a sum to be determined in accordance with the Federal Rules of Civil Procedure and any applicable local rules;

Plaintiff takes nothing by its complaint from Defendants VIVA PHARMACEUTICALS, INC. and AMERICAN EXPORT LINES, INC.

**IT IS SO ORDERED:**

Dated: 7/23/2013

RONALD S.W. LEW
_____
HON. RONALD S.W. LEW
UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM AND CONTENT:**

GASTON & GASTON
A PROFESSIONAL LAW CORPORATION

Dated: 18 July 2013

BY: /s/ Matthew J. Faust            /s/
MATTHEW J. FAUST
ATTORNEYS FOR PLAINTIFF
ZOSMA VENTURES, INC.

///

1  ///
2
3                                           SINA LAW GROUP
4  Dated: 18 July 2013                      BY: */s/ Reza Sina*                    /s/
5                                                Reza Sina
                                                 Attorneys for Defendants
6