Matthew T. Ward (Bar No. 180016)
mward@archernorris.com
Andreas S. V. Wokutch (Bar No. 280294)
awokutch@archernorris.com
ARCHER NORRIS
4695 MacArthur Court, Suite 350
Newport Beach, CA 92660-8816
Telephone: 949.975.8200
Facsimile: 949.975.8210

Attorneys for Plaintiff
ZOSMA VENTURES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOSMA VENTURES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MOJDEH AMINI NAZARI, etc., et al.,<br><br>Defendant. | Case No. CV-12-01404-RSWL (FFMx)<br><br>**NOTICE OF MOTION AND MOTION FOR AN ASSIGNMENT ORDER ASSIGNING RENTS OF DEFENDANT/JUDGMENT DEBTOR, MOJDEH AMINI NAZARI, TO PLAINTIFF/JUDGMENT CREDITOR, ZOSMA VENTURES, INC.**<br><br>Date: November 25, 2014<br>Time: 10:00 a.m.<br>Judge: Ronald S.W. Lew<br>Ctrm: 21, 5th Floor |

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that on November 25, 2014, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 21, Fifth Floor of the of the above-captioned court, located at 312 Spring Street, Los Angeles, California, Plaintiff/Judgment Creditor, ZOSMA VENTURES, INC. (hereinafter "ZOSMA"), by and through its attorneys of record, will, and hereby does, bring this Motion for an Assignment Order Assigning Rents of Defendant/Judgment Debtor, MOJDEH AMINI NAZARI ("NAZARI"), to ZOSMA.

1     ZOSMA brings this Motion on the grounds that: (1) Federal Rule of Civil Procedure ("FRCP"), Rule 69(a)(1) instructs that judgment creditors that have obtained a writ of execution for a money judgment may collect on such money judgment according to state procedures for the state in which the district court sits; (2) ZOSMA has obtained a writ of execution for its money judgment against NAZARI in this matter; and (3) ZOSMA now seeks to obtain an assignment order permitted under California Code of Civil Procedure ("CCP") section 708.510-708.560, which permits a judgment creditor to obtain a court order assigning a judgment debtor's right to payment of rents to the judgment creditor upon noticed motion.

    The Motion is based on this Notice of Motion, the attached Memorandum of Points and Authorities and Declaration of Matthew T. Ward, the papers and records on file herein, and on such oral and documentary evidence as may be presented at the hearing of the motion.

Dated:    October 23, 2014    ARCHER NORRIS

/s/ *Matthew T. Ward*
Matthew T. Ward
Andreas S. V. Wokutch
Attorneys for Plaintiff
ZOSMA VENTURES, INC.